COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ANA M. HUERTA, | § | |
| | | No. 08-12-00017-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 65th District Court |
| PEDRO D. HUERTA, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2010CM2390) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to resolve the appeal in accordance with the parties' agreement as permitted by TEX. R. APP. P. 42.1(a)(2). Accordingly, we grant the motion and set aside the judgment of the trial court and remand the cause for entry of an agreed judgment pursuant to the terms of the parties' settlement agreement. Pursuant to Rule 42.1(d), costs are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

November 7, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.